UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| DOUGLAS BARRETT, JR., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MICHAEL J. ASTRUE, ) <br> Commissioner of Social ) <br> Security, ) <br> ) <br> Defendant. ) | No. CV-08-0002-JPH <br><br> ORDER GRANTING STIPULATION <br> TO REMAND |

The parties have filed a stipulation for remand of this case to the Commissioner for further administrative proceedings. (**Ct. Rec. 23**). The parties have filed a consent to proceed before a magistrate judge. (Ct. Rec. 8).

After considering the stipulation, **IT IS ORDERED** that the above-captioned case be remanded for a *de novo* hearing pursuant to sentence four of 42 U.S.C. § 405(g). Upon remand, the Administrative Law Judge will: (1) evaluate the opinions of Andrew Forsyth, Ph.D., Michael Brown, and Sean F. Mee, Ph.D., according each opinion the appropriate weight; (2) if necessary, further consider and redetermine plaintiff's RFC in light of the expanded record, considering SSR 96-8p; and (3) if necessary, obtain a VE's

ORDER GRANTING STIPULATION TO REMAND - 1

testimony to clarify the effect of the assessed limitations on plaintiff's occupational base and determine whether plaintiff can adjust to other work that exists in significant numbers in the national economy, as the ALJ determined plaintiff has no past relevant work.

Plaintiff may present new arguments and evidence. The ALJ may perform further development and conduct further proceedings as necessary. The Court declines the request of the parties to direct reassignment to another ALJ as this is a matter within the purview of the Commissioner rather than the court.

Accordingly, this court reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a remand of the cause to the Commissioner for further proceedings. *See, Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

**IT IS FURTHER ORDERED:**

1. The parties' Stipulation for Remand (**Ct. Rec. 23**) is **GRANTED**.

2. Judgment shall be entered for the **PLAINTIFF**.

3. An application for attorney fees may be filed by separate motion.

4. The District Court Executive is directed to enter this Order, forward copies to counsel, and **close** this file.

**IT IS SO ORDERED.**

**DATED** this 10th day of September, 2008.

                                      *s/James P. Hutton*
                                      JAMES P. HUTTON
                     UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING STIPULATION TO REMAND - 2