1

2                    **UNITED STATES DISTRICT COURT**

3                    **EASTERN DISTRICT OF WASHINGTON**

4

5   DOUGLAS BARRETT, JR.,              )
                                       )
6           Plaintiff,                 )
                                       )         NO.  CV-08-0002-JPH
7       vs.                            )
                                       )         **JUDGMENT IN A**
8   MICHAEL J. ASTRUE,                 )         **CIVIL CASE**
    Commissioner of Social Security,   )
9                                      )
            Defendant.                 )
10                                     )
    _____)
11

12  **STIPULATION BY THE PARTIES:**

13          The parties have stipulated to the remand of the captioned matter pursuant to

14  sentence four of 42 U.S.C. § 405(g).

15          **IT IS ORDERED AND ADJUDGED** that:

16          The matter is **REMANDED** for additional proceedings pursuant to sentence

17  four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be

18  **CLOSED.**

19          DATED this 10th day of September, 2008.

20                                          JAMES R. LARSEN
                                            District Court Executive/Clerk
21

22

23                                          by:   _s/Pamela A. Howard_
                                                  Deputy Clerk
24

25

26  cc: all counsel